IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CV 234

| | |
|---|---|
| GREEN AMERICAN INSURANCE COMPANY, as subrogee of Engineered Construction Company and ENGINEERED CONSTRUCTION COMPANY, ) ) ) ) ) Plaintiffs ) ) V ) ) WATTS WATER TECHNOLOGIES, INC. ) d/b/a AMES FIRE & WATERWORKS, ) ) Defendants. ) | **ORDER** |

GREAT AMERICAN INSURANCE COMPANY, as subrogee of Engineered Construction Company and ENGINEERED CONSTRUCTION COMPANY,

    Plaintiffs

V

WATTS WATER TECHNOLOGIES, INC. d/b/a AMES FIRE & WATERWORKS,

    Defendants.

**ORDER**

**THIS MATTER** is before the court on Paul J. Osowski's Application for Admission to Practice *Pro Hac Vice* of Marc E. Finkel. It appearing that Marc E. Finkel is a member in good standing with the Bars of Massachusetts, New York, and Rhode Island and will be appearing with Paul J. Osowski, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Paul J. Osowski's Application for Admission to Practice *Pro Hac Vice* (#28) of Marc E. Finkel is **GRANTED**, and

1

that Marc E. Finkel is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Paul J. Osowski.

Signed: June 6, 2014

Dennis L. Howell
United States Magistrate Judge